IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. ACT. NO: 1:19-cr-255-TFM-N |
| | ) | |
| ALEXIS HERNANDEZ | ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

On October 11, 2019, the Defendant Alexis Hernandez, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Information (Doc. 43) charging a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i), Unlawfully Transporting Aliens. *See* Doc. 47. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 52. No objections were filed and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea guilty of the Defendant to Count 1 of the Information is accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 9, 2020 at 2:30 p.m.,** under separate order.

**DONE** and **ORDERED** this 30th day of October, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE